UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-22823-King-Bandstra**

MARIA RAMIREZ,
    Plaintiff,
vs.
PORTFOLIO RECOVERY ASSOCIATES, LLC,
    Defendant.
_____/

FILED by  *VT*  D.C.
ELECTRONIC
Sept. 21, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT
(Jury Demand)

### Introduction

1. This is an action for actual and statutory damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction

2. This Court has jurisdiction according to 28 U.S.C. §§ 1331 and 1337(a), and 15 U.S.C. § 1692k(d).

3. Declaratory relief is available according to 28 U.S.C. §§ 2201 and 2202.

### Venue

4. Venue in this District is proper, according to 28 U.S.C. § 1391, because defendant transacts business here and the conduct complained of occurred here.

### Parties

5. Plaintiff **MARIA RAMIREZ** ("RAMIREZ") is a natural person residing at all relevant times in Miami-Dade County, Florida.

6. Defendant **PORTFOLIO RECOVERY, LLC** ("PORTFOLIO"), is a corporation with its principal place of business in the State of Virginia.

7. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

8. PORTFOLIO is in the business of collection of debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another or debts it purchased post-default.

9. ERSKINE & FLEISHER ("FIRM") is a partnership engaged in the business of collecting debts in this District, with its principal place of business located in Plantation, Florida.

10. FIRM is in the business of collection of debts, for which it uses the mails and telephone, and it regularly attempts to collect debts alleged to be due another.

11. MINDY TARAN ("TARAN") is employed by FIRM.

12. TARAN is in the business of collection of debts, for which she uses the mails and telephone, and she regularly attempts to collect debts alleged to be due another.

13. At all relevant times, TARAN acted as the agent for FIRM.

14. At all relevant times, FIRM acted as the agent for PORTFOLIO.

15. At all relevant times, the conduct and actions of TARAN are imputed to

FIRM.

16. At all relevant times, the conduct and actions of FIRM are imputed to PORTFOLIO.

17. PORTFOLIO is vicariously liable for TARAN's actions.

18. PORTFOLIO is vicariously liable for FIRM's actions.

19. TARAN, FIRM and Defendant PORTFOLIO are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

**Facts**

20. On 29 September 2008, PORTFOLIO, through TARAN and FIRM, filed a complaint in the County Court of Miami-Dade County, seeking to collect a debt from RAMIREZ.

21. The debt which Defendant sought to collect from RAMIREZ was a consumer "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

22. The causes of action in the debt collection complaint were time-barred by the applicable statute of limitations.

23. PORTFOLIO knew or should have known that the state court complaint was time-barred.

## COUNT I
### (Violation of the FDCPA: Time-Barred Claims)

24. Plaintiff realleges and incorporates here paragraphs 1 through 23.

25. PORTFOLIO violated 15 U.S.C. § 1692f(1), 15 U.S.C. § 1692e(2) and

15 U.S.C. § 1692e(5) by bringing the time-barred state court complaint against RAMIREZ.

26. As a result of Defendant's violations of the FDCPA, RAMIREZ is entitled to a declaratory judgment and an award of actual and statutory damages, costs and reasonable attorney fees.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment against PORTFOLIO for:

A. Declaratory judgment, according to 28 U.S.C. §§ 2201 and 2202, that Defendants' conduct violated the FDCPA;

B. Actual damages, according to 15 U.S.C. § 1692k(a)(1);

C. Statutory damages, according to 15 U.S.C. § 1692k(a)(2)(A);

D. Costs, according to 15 U.S.C. § 1692k(a)(3);

E. Reasonable attorney's fees, according to 15 U.S.C. § 1692k(a)(3).

## JURY TRIAL DEMAND

27. Plaintiff demands trial by jury.

Dated 2009-09-15
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL 33114-1679
(305) 669-5260; (305) 328-9301 [fax]
LeoBueno@USA.net

By: Leo Bueno, Fla. Bar #: 716261

U:\CLIENTS\Ramirez Maria 0213\0193 Ramirez FDCPA complaint.doc

JS 44 (Rev. 11/05)  Case 1:09-cv-22823-JLK  Document 1  Entered on FLSD Docket 09/21/2009  Page 6 of 6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
MARIA RAMIREZ

## DEFENDANTS
PORTFOLIO RECOVERY ASSOCIATES, LLC

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679, Coral Gables, FL 33114-1679
(305) 669-5260, Leo@BuenoLaw.com

Attorneys (If Known)
1:09cv22823-King-Bandstra

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE ____    DOCKET NUMBER ____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1692, et seq. (Fair Debt Collection Practices Act), violation.

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ____
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD: [signature]
DATE: September 19, 2009

FOR OFFICE USE ONLY
AMOUNT 350.00    RECEIPT # 547575    IFP ____